# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 24-MJ-_537_ |
| ANTHONY WILLIAMS, | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on or about December 14, 2023 through and including on or about December 18, 2023, in the Western District of New York and elsewhere, the defendant committed violations of Title 18, United States Code, Section 922(a)(5) (Transfer of a Firearm from a Non-Licensee to a Non-Licensee Resident of Another State; and Title 18 United States Code, Section 922(o)(1) (Transfer of A Machine Gun).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Special Agent Andrew J. Farnham
Bureau of Alcohol, Tobacco, Firearms and Explosives

*Printed name and title*

Application submitted electronically by email in .pdf Format. Oath administered, and contents and signature Attested to me and before me as true and accurate by telephone Pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

*Judge's signature*

Date: April    12   , 2024

HONORABLE MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

City and State:  Rochester, New York

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - v -

ANTHONY WILLIAMS,

           Defendant

24-MJ-537

STATE OF NEW YORK  )
COUNTY OF MONROE  )  SS:
CITY OF ROCHESTER  )

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Andrew Farnham, being duly sworn, depose and state as follows:

1.    Your affiant is a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the New York Field Division, Rochester Field Office. I have been employed as a Special Agent since February 2019. Your affiant is a graduate of the Criminal Investigator School and the ATF National Academy, both of which are located at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to being employed as a Special Agent, I was employed as a United States Border Patrol Agent since 2008. In August 2021, your affiant completed the Firearms Interstate Nexus Training Course in Martinsburg, West Virginia. As part of my professional experience, I have participated in state and federal investigations involving the illegal possession of firearms and narcotics, narcotics trafficking, and other violations of federal and state law. Through my training and experience, I have become familiar with, among other

1

things, how firearms, ammunition and narcotics are trafficked throughout the United States.

## PURPOSE OF AFFIDAVIT

2. This affidavit is submitted in support of a criminal complaint charging Anthony WILLIAMS (hereinafter "WILLIAMS") with violations of Title 18, United States Code, Section 922(a)(5) (Transfer of a Firearm from a Non-Licensee to a Non-licensed Resident of Another State; and Title 18 United States Code, Section 922(o)(1) (Transfer of A Machine Gun).

3. As more fully described below, the facts in this affidavit are based on a combination of my personal participation in this investigation, and conversations with other law enforcement officers involved in this investigation. As detailed below, my knowledge is also based on information provided by a confidential source (hereafter "CS-1"). CS-1 has been working with ATF, the Rochester Police Department and other law enforcement agencies for approximately one year. CS-1 has engaged in controlled buy operations during this timeframe that has resulted in the seizure of illegal firearms. CS-1's information has proven to be truthful and reliable. The basis of CS-1's information in this affidavit is his/her personal knowledge unless otherwise specified. CS-1's information as it relates to this investigation has been corroborated on many points, as described in this affidavit. I therefore believe that CS-1's information is truthful and reliable. CS-1 is cooperating with the government in the hopes of receiving a more favorable sentence on a conviction he/she received for a felony offense in federal court. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this

investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that WILLIAMS committed the above-mentioned offense.

## PROBABLE CAUSE

4.      Your affiant and other members of the ATF Rochester Field Office have been working together on a firearms trafficking investigation along with CS-1. On December 13, 2023, CS-1 received a text message an individual he/she identified in his/her phone contacts as 400 chop. This person is personally known to CS-1 as Anthony WILLIAMS. Additionally, ATF agents reviewed the text message and observed that it came from phone number (314)737-6989. Subscriber information for this phone number obtained via law enforcement databases revealed that this number is serviced by AT&T and subscribed to in the name of Anthony Lamar WILLIAMS with a DOB of XX/XX/1995. A copy of this text message and subsequent pertinent text message conversations between CS-1 and WILLIAMS have been saved as evidence by investigating ATF agents. Based on my review of the December 13, 2023 text message as well as my training and experience, in this message WILLIAMS informs CS-1 that he has two firearms with "buttons" available to sell. Based on my training and experience, I believe WILLIAMS was referring to devices that can be affixed to firearms that transforms the firearm from semi-automatic to fully automatic. At the direction of law enforcement CS-1 indicated that he wanted to purchase the two firearms with "buttons" and agreed to pay WILLIAMS $4,000 in United States currency. CS-1 and WILLIAMS were communicating by phone as indicated above.

WILLIAMS is personally known to CS-1, and CS-1 is also aware that he presently resides in St. Louis, Missouri.

5. A query of law enforcement databases indicate that WILLIAMS presently resides at 6118 West Florissant Avenue, St. Louis, Missouri. As part of this investigation I have reviewed a photographic identification card for WILLIAMS from the State of Missouri. I have also reviewed booking photographs for WILLIAMS and social media images pertaining to WILLIAMS. As such, I have become familiar with the physical appearance of WILLIAMS.

6. On December 14, 2023, WILLIAMS and CS-1 communicated via text message once again. During the course of these text messages WILLIAMS (using phone number (314)737-6989) advised CS-1 the firearms were wiped down and were ready to ship. Based on my training and experience, I believe WILLIAMS was informing CS-1 that he had wiped the firearms down to remove his fingerprints and DNA. CS-1 told WILLIAMS that the firearms should be shipped to: Josh Abelton 1738 St. Paul Street Rochester, NY, 14621. This was done at the direction of law enforcement, who anticipated intercepting the firearms. WILLIAMS advised CS-1 that he was mailing the firearms via the United States Postal Service (USPS).

7. On December 14, 2023, WILLIAMS shipped the firearms to the address requested by CS-1. WILLIAMS sent a text message to CS-1 that included a photograph of the USPS receipt. The receipt included a tracking number of 9505 5104

5293 3348 4906 76 and a delivery date of Monday December 18, 2023, to Rochester, NY (hereafter the "Subject Parcel"). The Subject Parcel was mailed from a United States Post Office Facility in St. Louis, Missouri. U.S. Postal Inspector Keenan obtained video from the Post Office correlating to the time and date the Subject Parcel was shipped and he shared a screen shot of this video with me. The screen shot clearly depicts Anthony WILLIAMS presenting a package for shipment, consistent with the Subject Parcel.

8. Your affiant provided the tracking number to United States Postal Inspector Keenan, who was able to locate the package in the flow of mail and have it pulled from circulation. On December 18, 2023, US Postal Inspector Keenan was able to secure the Subject Parcel in Rochester, New York. Inspector Keenan applied for a search warrant to open the Subject Parcel.

9. During the course of the transit of the Subject Parcel from Missouri to New York, CS-1 was in contact with WILLIAMS. Based on their text message conversations, I believe WILLIAMS was also tracking the package. U.S. Postal Inspector Keenan updated the tracking information for the Subject Parcel to appear as delivered on December 18, 2023 to avoid drawing suspicion from WILLIAMS. On December 18, 2023, CS-1 communicated via text message with WILLIAMS and informed him that the package had been received. CS-1 also asked WILLIAMS where he should send the agreed upon payment for the funds. WILLIAMS directed CS-1 to send payment to a Cash App handle of Luckyymore ($luckyymore). CS-1, using

5

official funds and at the direction of law enforcement, paid WILLIAMS $4,000 in United States currency via Cash App.

10. On December 26, 2023, US Postal Inspector Keenan obtained a federal search warrant from Magistrate Judge Pedersen and opened the Subject Parcel. Located inside was a Glock 23 Gen 5 .40 caliber pistol bearing serial number of BXZZ469, and a Glock 9mm pistol bearing serial number BUYV279. The 9mm pistol bearing S/N BUYV279 had a complete machine gun conversion device attached. Based on my training and experience, this would allow the firearm to fire in a fully automatic mode, and would qualify as a machine gun under federal law.

11. A query of Federal Firearms Licensee revealed WILLIAMS was not a Federal Firearms Licensee. A query of the National Firearms Registration and Transfer Record System revealed WILLIAMS was not able to legally possess a machine gun. CS-1 is not a Federal Firearms Licensee either, nor was there any reasonable reason for WILLIAMS to believe that CS-1 was.

## CONCLUSION

12. Based on the above information, your affiant submits that probable cause exists to believe that beginning on or about December 18, 2023 through and including on or about December 18, 2023, in the Western District of New York and elsewhere, WILLIAMS committed violations of Title 18, United States Code, Section 922(a)(5) (Transfer of a Firearm from a Non-Licensee to a Non-licensed Resident of

Another State; and Title 18 United States Code, Section 922(o)(1) (Transfer of A Machine Gun).

_____
ANDREW J. FARNHAM
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Affidavit submitted electronically by email in .pdf format.
Oath administered, and contents and signature attested
to me as true and accurate telephonically pursuant to
Fed. R. Crim. P. 4.1 and 41(d)(3) on this  12th  day of April, 2024.

_____
HONORABLE MARK W. PEDERSEN
United States Magistrate Judge